UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Juan HERNANDEZ-Garcia** Defendant. | Magistrate Case No. '08 MJ 0224 |
| | COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1326; Deported Alien Found in the United States |

FILED 08 JAN 25 PM 12:59 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: DEPUTY

The undersigned complainant, being duly sworn, states:

On or about, **January 23, 2008,** within the Southern District of California, defendant, **Juan HERNANDEZ-Garcia** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gladys M. Martinez, Deportation Officer
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **25th** DAY OF **January 2008.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On Thursday, January 23, 2008, the defendant identified as, HERNANDEZ-Garcia, Juan, was arrested by Officers of the Escondido, California, Police Department for being UNDER THE INFLUENCE OF A CONTROLLED SUBSTANCE; CNTL SUB PARAPHERNALIA; FALSE ID TO SPECIFIC PO's. The defendant was later booked into Vista County Jail. While in custody an Immigration & Customs Enforcement Agent, conducted a field interview. The defendant freely admitted that he was in the United States illegally and had no valid documents to reside or travel in the United States. The Agent determined the defendant to be a citizen of Mexico and placed an Immigration Hold (I-247) pending his release from jail. The defendant was transported to the United States Immigration Customs Enforcement Field Office in San Diego, California for further investigation. Record checks revealed the defendant to be a citizen of Mexico having been deported or removed on at least one occasion.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant has been ordered removed from the United States by an Immigration Judge on or about January 21,1998 and removed to Mexico, via the Otay Mesa Port of Entry. Information further revealed that the defendant was most recently issued a reinstatement of removal on about December 15, 2006 and removed to Mexico via the San Ysidro, Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System IDENT and Automated Fingerprint Identification System IAFIS were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as, HERNANDEZ-Garcia, Juan, a citizen and national of Mexico.

Defendant was advised of his Miranda rights in the Spanish language by an ICE Officer. The defendant acknowledged his rights per Miranda and elected to submit to questioning without benefit of counsel.

Defendant stated that his true name is HERNANDEZ-Garcia, Juan Manuel and a citizen of Mexico by birth in Jalisco, Mexico. Defendant stated he has not obtained a waiver to re-enter the United States. Further, defendant admitted that he has no documents to enter or reside in the United States. Defendant admitted he knew it was against the law to re-enter the United States after having been deported.